## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE EVANS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | No.: 2:16-cv-01094-TLN-AC<br><br>**ORDER GRANTING PLAINTIFF'S NOTICE OF REQUES[T TO] SEAL DOCUMENTS AND REQUEST [TO] SEAL DOCUMENTS;** |

IT IS HEREBY ORDERED that Plaintiff's Request to Seal Documents is GRANTED and the Death Certificate attached as "Exhibit A" to Plaintiff's Motion for Substitution of Lisa Evans As Plaintiff is HEREBY ORDERED sealed.

Dated: April 9, 2018

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　United States District Judge

-1-