**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiff,
LISA EVANS

**ONGARO PC**
Scott S. Shepardson (SBN 197449)
sshepardson@ongaropc.com
1604 Union Street
San Francisco CA 94123
Telephone: (415) 433-3900
Attorneys for Defendant,
FCA US LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LISA EVANS** | **CASE NO : 2:16-cv-01094-TLN-AC** |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| **FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10 inclusive Defendants,** | |
| Defendants. | Honorable Judge Troy L. Nunley |

-1-
ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**ORDER**

The stipulation is approved. The entire action is hereby dismissed with prejudice;

The Court will jurisdiction to in order to finalize all terms of settlement and to enforce the remaining payment obligations, if necessary; and

The deadline to file Plaintiff's Motions for fees, costs and expenses will be 60 days from dismissal pending completion of all terms of the settlement and payment of settlement funds is received by the Plaintiff .

IT IS SO ORDERED.

DATED: October 5, 2020

Troy L. Nunley
United States District Judge

-2-
ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE